UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE DAVID F. LEVI, U.S. DISTRICT JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                              Plaintiff,<br><br>                    v.<br><br>NICANDRO TAPIA BAROSA<br><br><br><br>                              Defendant(s) | MINUTES<br><br>CASE #: CR S 04-219 DFL<br><br>DATE: May 5, 2005<br><br>DEPUTY CLERK: H. A. Vine<br><br>COURT REPORTER:   A. WESTON - Capitol Rptrs |

**FILED**

May 5, 2005

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

For the Government:
M. GRAD,
Assistant United States Attorney

For the Defendant(s):
J. STANIELS for NICANDRO TAPIA BAROSA


INTERPRETER: Y. RILEY-PORTAL

DEFENDANT: [**X**] Present        [**X**] In Custody


[ **X** ] JUDGMENT AND SENTENCING

Imprisonment: **96 MOS. - CT. 1 (CTS. 2 & 3 DISM'D)**

Recommendation: **NEW JERSEY**

TSR - **60 MONTHS**

Fine: **WAIVED**                S/A: **$100**

Right to App Given: **WAIVED**

Time in Court - **30 minutes**